# TRANSFER OF JURISDICTION

| | |
|---|---|
| | DOCKET # (Trans. Court) |
| | 053L 2:00CR00004-001 |
| | DOCKET # (Rec. Court) |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 17 PM 3:27

LORETTA G. WHYTE
CLERK

FILED IN CLERK'S OFFICE
MAY 0 3 2005
LUTHER D. THOMAS, Clerk
By /s/ Deputy Clerk

**NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**

Michael Diaz
3901 Tulane Avenue Apt 205
New Orleans, LA 70119

| DISTRICT | DIVISION | NAME OF SENTENCING JUDGE |
|---|---|---|
| Louisiana Eastern | S | Mary Ann Vial Lemmon |

| Date of Probation/Supervised Release: | FROM | TO |
|---|---|---|
| May 31, 2002 | May 31, 2002 | July 30, 2004 |

**Offense**

FELON IN POSSESSION OF A FIREARM

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Eastern District of Louisiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District court for the Northern District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

| 6/3/04 | /s/ Mary Ann Vial Lemmon |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Northern District of Georgia

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

| April 28, 2005 | /s/ Beverly B. Martin |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |

kd

___ Fee
___ Process
X Dkd
/ CtRmDep
___ Doc. No.