UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 24  PM 12: 47

LORETTA G. WHYTE
CLERK*

| | | |
|---|---|---|
| LORETTA G. WHYTE<br>CLERK | | 500 POYDRAS ST., ROOM C-151<br>NEW ORLEANS, LA 70130 |

*JUN 1 4 2005
RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 1 6 2005
LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk*

Mr. Luther Daniel Thomas
Clerk, United States District Court
Northern District of Georgia
2211 Richard B. Russell Federal Bldg. and United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

       Re:  Criminal Case No. 00-04 S (2)
           United States of America
           vs.
           Michael Diaz

Dear Mr. Thomas:       *1:05-CR-286-RWS*

  On May 18, 2005, the Honorable Mary Ann Vial Lemmon, United States District Judge for this district, entered an order transferring jurisdiction of probation as to defendant Michael Diaz to the Northern District of GA.

  Pursuant to said order and acceptance of jurisdiction by the Northern District of GA, we are forwarding herewith a certified copy of the indictment and Judgment and Commitment as to Michael Diaz, and a copy of the docket sheet.

  Please acknowledge receipt on the enclosed copy of this letter.

               Very truly yours,

               LORETTA G. WHYTE, CLERK

               By: _____
                   Deputy Clerk

Enclosures

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtrmDep _____
___ Doc. No _____