# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

MICHAEL A. DIAZ

**WARRANT FOR ARREST**



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 DEC -4 PM 1:02
LORETTA G. WHYTE
CLERK

CASE NUMBER: CR 00-04 S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Michael A. Diaz** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint  (X) Order of Court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with alleged violations of Supervised Release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

Signature of Issuing Officer

(By) Deputy Clerk

**CLERK**
Title of Issuing Officer

**November 26, 2003   New Orleans, Louisiana**
Date and Location

Bail fixed at $_____   by _____
Name of Judicial Officer

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 11-26-2003 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4-8-2004 | DUSM J Klonowski | [signature] |